DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Mary Dent ) | CASE NO.  5:11-CV-000712 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT ENTRY** |
| ) | |
| The Hartford Life & Accident Insurance ) | |
| Company ) | |
| ) | |
| Defendant. | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's motion for judgment on the Administrative Record, ECF 25, is GRANTED, and the plaintiff's motion for judgment on the Administrative Record, ECF 25, is DENIED. The plaintiff's request that the matter be remanded, ECF 25, is also DENIED.

IT IS SO ORDERED.

 June 11, 2012              *s/ David D. Dowd, Jr.*
Date                        David D. Dowd, Jr.
                            U.S. District Judge